# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| LUIS ALBERTO SUAREZ, | ) | No. ED CV 11-01506-JFW (VBK) |
| Petitioner, | ) ) | JUDGMENT |
| v. | ) ) | |
| ROBERT TRIMBLE, | ) ) | |
| Respondent. | ) ) ) | |

Pursuant to the Order Accepting the Findings and Recommendations of the United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: 5/24/12

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE